IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANEA ISRAEL | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:07cv500HSO-JMR |
| | § | |
| KEEVIN TAYLOR & WORLD | § | DEFENDANTS |
| TROPIC PRODUCTIONS | § | |

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Plaintiff Danea Israel.  The Court, after a full review and consideration of the Plaintiff's Motion, the pleadings on file and the relevant legal authority, finds that in accord with its order and reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Plaintiff Danea Israel pursuant to FED. R. CIV. P. 56.

**SO ORDERED AND ADJUDGED**, this the 8th day of May, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE